IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGER D. ROMERO,

    Plaintiff,

    vs.

CITIBANK (SOUTH DAKOTA), NA,

    Defendant.

CV F 07 0164 OWW WMW

ORDER RE: FINDINGS & RECOMMENDATIONS (#4)

    Plaintiff is proceeding pro se in an action that appears to seek removal of a civil action to the U.S. District Court.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On January 31, 2007, findings and recommendations were entered, recommending dismissal of this action on the ground that Plaintiff is wrongly attempting to remove an underlying arbitration proceeding to this Court.  Plaintiff was provided an opportunity to file objections within thirty days.  On February 16, 2007, plaintiff filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

1 proper analysis.

2         Accordingly, THE COURT HEREBY ORDERS that:

3     1. The Findings and Recommendations issued by the Magistrate Judge on

4 January 31, 2007, are adopted in full; and

5     2. This action is dismissed.  The Clerk is directed to close this case.

10 IT IS SO ORDERED.

11 **Dated:   March 12, 2007**                                   **/s/ Oliver W. Wanger**
    emm0d6                                                                  UNITED STATES DISTRICT JUDGE